```
 1  MARY H. HAAS (State Bar No. 149770)
      maryhaas@dwt.com
 2  DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
 3  Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
 4  Facsimile: (213) 633-6899
 5
 6  STEPHEN M. RUMMAGE (pro hac vice application pending)
      steverummage@dwt.com
 7  AMBIKA K. DORAN (pro hac vice application to be filed)
      ambikadoran@dwt.com
 8  DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
 9  Seattle, Washington 98101
    Telephone: (206) 757-8136
10  Facsimile: (206) 757-7136
11
12  Attorneys for Defendant
    ISTOCKPHOTO LP
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SANDLER, an individual and others similarly situated,<br><br>           Plaintiff,<br><br>  vs.<br><br>ISTOCKPHOTO LP, a Canadian corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:15-cv-03659-MMM-JEM<br><br>**SECOND STIPULATION EXTENDING TIME FOR FILING RESPONSE TO PLAINTIFF'S COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

## RECITALS

1. This Court on July 6, 2015, set a deadline for Defendant iStockphoto LP ("iStockphoto") to respond to the complaint no later than August 19, 2015 [Dkt. 14].

2. iStockphoto intends to file as its response to the complaint a motion to dismiss under Fed. R. Civ. P. 12.

3. It appears, based on the Court's calendar, this Court's first available date to hear iStockphoto's motion is November 2, 2105.

4. In light of the Court's availability for argument, the parties have agreed to extend the deadline for iStockphoto to respond to the complaint and to establish a briefing schedule on its motion as follows:

| | |
|---|---|
| August 31, 2015: | iStockphoto's Motion to Dismiss |
| September 28, 2015: | Plaintiff's Opposition to Motion |
| October 12, 2015: | iStockphoto's Reply in Support of Motion |
| November 2, 2015: | Hearing Date for Motion to Dismiss |

5. In light of the foregoing, the parties respectfully request that the Court enter the Order submitted along with this Stipulation, providing that iStockphoto shall file its motion to dismiss no later than August 31, 2015, Ms. Sandler shall respond to the motion no later than September 28, 2015, and iStockphoto shall file its reply no later than October 12, 2015. Any hearing on this motion shall take place November 2, 2015.

DATED: August 18, 2015

MARY H. HAAS (State Bar No. 120162)
DAVIS WRIGHT TREMAINE LLP

By:   /s/ Mary H. Haas
           Mary H. Haas
Attorneys for Defendant
ISTOCKPHOTO LP

DATED: August 18, 2015

BRANDON C. FERNALD (SBN 222429)
FERNALD LAW GROUP LLP

By:   /s/ Brandon C. Fernald
           Brandon C. Fernald
Attorneys for Plaintiff and the Proposed Class