MARY H. HAAS (State Bar No. 149770)
  maryhaas@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

STEPHEN M. RUMMAGE (admitted *pro hac vice*)
  steverummage@dwt.com
AMBIKA K. DORAN (admitted *pro hac vice*)
  ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
Telephone: (206) 757-8136
Facsimile: (206) 757-7136

Attorneys for Defendant
ISTOCKPHOTO LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SANDLER, an individual, ASIF AHMED, an individual, and others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ISTOCKPHOTO LP, a Canadian corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-03659-MMM-JEM<br><br>**DECLARATION OF JOY GRIFFITH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:     February 8, 2016<br>Time:     10 a.m.<br>Ctrm.:    780<br>Judge:   The Hon. Margaret M. Morrow<br><br>[Filed Concurrently with Declaration of Stephen M. Rummage; Notice of Motion and Motion to Dismiss the Complaint; Supporting Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order] |

1

I, Joy Griffith, declare as follows:

1.    *Identity of Declarant*.  I am Senior Director for Payments & Risk Management, employed by iStockphoto LP ("iStock").  I live and work in Calgary, Alberta, Canada.  I make this declaration from personal knowledge.

2.    *Role at iStock*.  From May 2004 until December 2013, I worked in various capacities in iStock's Client Relations, Contributor Relations, and Corporate Accounts divisions.  In all of those capacities, I was responsible, among other things, for oversight of customer queries worldwide regarding iStock's credit purchase program, which, as described in Paragraph 3, allows customers to buy credits to license photographs and other content on the iStock website, iStockphoto.com.  In my current role, I manage worldwide payments for iStock, meaning I have a deep understanding of where our customers are and how they pay to license iStock content.  In addition, because of my tenure with iStock, I am familiar with the geographic scope of its operations and the services offered on iStockphoto.com.

3.    *iStock Service*.  Started in 2000, iStock operates a website that features millions of photos, illustrations, videos and audio tracks created and uploaded by users.  A customer may license the rights to download and use this content only by becoming an iStock member.  Once a member, a customer may purchase a subscription that permits her to license a certain number and type of photos and illustrations.  Alternatively, she may purchase credits that may be used to license individual photos, illustrations, videos, and audio tracks.  A person cannot come to the website and buy licenses directly using a credit card or any other payment device; rather, a customer must become a member and then purchase either a subscription or tranches of credits.

4.    *Plaintiffs' Claims*.  I understand the plaintiffs in this case, Lisa Sandler and Asif Ahmed, allege some credits they purchased in 2009, 2011 and 2012 expired after one year pursuant to an iStock expiration policy that plaintiffs claim is

2

unlawful.  To prepare this Declaration, I have reviewed iStock records relating to Ms. Sandler and Mr. Ahmed, the state of iStock's website from 2009 to 2012, and the nature of its operations' geographic scope during that time.

5.  ***iStock's Operations.***  Until this year, iStock operated exclusively in Calgary, although we had relationships with entities in other countries.  For example, from April 2008 through December 2012, iStock had an affiliate in Germany, iStock Europe gmbH, which provided marketing and customer services to iStock in Europe. During that same period, we also had relationships with Getty Images entities that provided similar services to iStock in Japan and France.

6.  ***iStock's Customers***.  Customers worldwide can access iStockphoto.com.  Our records show that in each of the years 2009, 2010, and 2011, we had members in more than 250 countries.  Approximately 30 to 40 percent of customers during those years were outside the United States and Canada.

7.  ***Ms. Sandler's iStock Membership***.  To license content on iStockphoto.com, whether through a subscription or by purchasing credits, a customer must register for a membership with iStock.  Ms. Sandler registered for her iStock membership on May 5, 2009, listing her business as "Lisa Sandler Design" and her website as www.lisasandlerphotography.com.  To do so, she was required to fill out a form, a true and correct copy of which I attach as **Exhibit A** to this Declaration; to click the box "I agree to the Membership Agreement"; and to click on the "Sign me up" button.  If she did not take these steps, she could not have become an iStock member and could not have licensed any content on iStockphoto.com.

8.  ***Mr. Ahmed's iStock Membership***.  Mr. Ahmed registered for his iStock membership on July 12, 2011.  To do so, he also was required to fill out the form attached as **Exhibit A** to this Declaration; to click the box "I agree to the Membership Agreement"; and to click on the "Sign me up" button.  If he did not take these steps, he could not have become an iStock member and could not have licensed any content on iStockphoto.com.

3

9. ***Membership Agreement***. As reflected in Exhibit A, a window above the box "I agree to the Membership Agreement" displayed the Membership Agreement, which a visitor could scroll through without leaving that page. In addition, a user could click on the words "Membership Agreement" in the sentence "I agree to the Membership Agreement," which would take the user to a separate page displaying the Membership Agreement. I attach as **Exhibit B** a true and correct copy of the Membership Agreement in effect on May 5, 2009. I attach as **Exhibit C** a true and correct copy of the Membership Agreement in effect on July 12, 2011

10. ***Terms of Use***. As shown in Exhibits A, B, and C, the Membership Agreement states that "[t]his Membership Agreement is in addition to the Terms of Use applicable to the site." I attach as **Exhibit D** a copy of the Terms of Use effective throughout the period 2009-2010, and as **Exhibit E** a copy of the Terms of Use effective throughout the period 2010-2012. Although the attached copies of the Terms of Use come from the website web.archive.org, I have reviewed Exhibits D and E, and they accurately reflect iStock's Terms of Use in effect during the 2009-2012 period, to the best of my knowledge and belief. In addition, at that time (and at present), the Terms of Use were available by clicking on a hyperlink to "Terms of Use" at the bottom of the iStock website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 30 day of October, 2015, at Alberta, Canada.

Joy Griffith

# EXHIBIT A

### Search for photos, illustrations, video & audio

**SEARCH**

## Sign up for free membership ⊠

### 1 Login information
*Required

E-mail *

Member name (optional)

Password *

Confirm password *

### 2 Tell us about yourself

Country: *

Select one ▼

Primary use: *

Select one ▼

### 3 Stay plugged in to iStockphoto

☐ Send me newsletters and promotions from iStock and Getty images.
Customize ▶

Don't worry, we'll never sell your e-mail address. Read our Privacy Policy.

### MEMBERSHIP AGREEMENT

This Membership Agreement governs your membership in the iStockphoto.com community, allowing you full access to the membership portions of the web site located at www.istockphoto.com (the "Site"). This Membership Agreement is in addition to the Terms of Use applicable to the Site. The Site is operated by iStockphoto LP ("iStockphoto").

Access and use of the membership portions of the Site are provided by iStockphoto to you on condition that you accept the terms and conditions of this Membership Agreement and the Terms of Use, and by accessing or using the membership portions of the Site, you agree to the terms and conditions of this Membership Agreement and the Terms of Use. If you do not agree to accept and abide by this Membership Agreement and the Terms of Use, you should not access or use the membership portions of the Site. In the event of any inconsistency between this Membership Agreement and the Terms of Use, the terms of this Membership Agreement shall govern.

iStockphoto reserves the right, in its discretion, to change or modify all or any part of this Membership Agreement at any time, effective immediately upon notice published on the Site. Your continued use of

☐ I agree to the Membership Agreement *

**Sign me up!**

Sitemap

EXHIBIT B

# MEMBERSHIP AGREEMENT

This Membership Agreement governs your membership in the iStockphoto.com community, allowing you full access to the membership portions of the web site located at (the "Site"). This Membership Agreement is in addition to the Terms of Use applicable to the Site. The Site is operated by iStockphoto LP ("iStockphoto").

Access and use of the membership portions of the Site are provided by iStockphoto to you on condition that you accept the terms and conditions of this Membership Agreement and the Terms of Use, and by accessing or using the membership portions of the Site, you agree to the terms and conditions of this Membership Agreement and the Terms of Use. If you do not agree to accept and abide by this Membership Agreement and the Terms of Use, you should not access or use the membership portions of the Site. In the event of any inconsistency between this Membership Agreement and the Terms of Use, the terms of this Membership Agreement shall govern.

iStockphoto reserves the right, in its discretion, to change or modify all or any part of this Membership Agreement at any time, effective immediately upon notice published on the Site. Your continued use of the membership portions of the Site after such notice constitutes your binding acceptance of the terms and conditions in this Membership Agreement, including any changes or modifications made by iStockphoto as permitted above. If at any time the terms and conditions of this Membership Agreement are no longer acceptable to you, you should immediately cease use of the membership portions of the Site.

## Download Credits

Download credits can be purchased from the Credit Purchase Page within the membership portion of the Site. Credits can be purchased online with VISA, MasterCard, AMEX, PayPal, or with cheque or money order by mail.

The price of credits purchased through the Site will be the price specified in the Site at the time of your purchase. Upon presentation of credit card information the purchaser warrants that he/she is the cardholder and that the billing information provided is accurate. By approving the purchase of the product or service, you authorize iStockphoto to charge the designated credit card, or PayPal account, for the total amount of the purchase.

## Use of Content

You acknowledge that the Site contains or may contain information, software, photographs, illustrations, audio files, video files, animations, flash files, data files, code snippets and other material (collectively, "Content") which is protected by copyright, trademark or other proprietary rights of iStockphoto and its affiliates or other third parties (including other members).

You may not modify, publish, transmit, transfer or sell, reproduce, create derivative works from, distribute, perform, display, reverse engineer or in any way exploit any of the Content, in whole or in part, except as otherwise expressly permitted in this Membership Agreement and any other agreement entered into at the time such Content was downloaded (such as a Content License Agreement).

Content is provided to the Site through members entering into an Artist's Supply Agreement, either on an exclusive or non-exclusive basis (each, a "Supply Agreement"). Subject to the provisions of the applicable Supply Agreement, you may post on the Site any Content owned wholly by you. You may download Content only in accordance with the terms of this Membership Agreement and the then applicable Content License Agreement.

## Passwords

You acknowledge and agree that the user identification provided by iStockphoto to you so that you may access and utilize the membership portions of the Site (your "Member Name"), and the password selected by and used by you in conjunction with your Member Name are to be kept secret and confidential. You agree that you shall not disclose such Member Name or password to any other party without the express written permission of iStockphoto.

You acknowledge and agree that you will be responsible for each and every access or use of the membership portions of the Site that occurs in conjunction with your Member Name and such passwords, and that iStockphoto is authorized to accept your Member Name and password as conclusive evidence that you have accessed or utilized the membership portions of the Site. You acknowledge that such password(s) are unique to you and that, although iStockphoto does have the ability to require password(s) to meet certain requirements (such as a minimum or maximum number of characters) and to reset such password(s), iStockphoto does not have the ability to access the password(s) themselves.

## Rules of Conduct

You agree that you will not use the Site for any purpose that is unlawful or not permitted by this Agreement. By way of example, and not as a limitation, you agree that when uploading to or communicating via the Site, including in respect of any forums, chat-rooms or other exchanges (a "Forum") accessed on or through the Site, you shall not do any of the following:

- Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy) of others.
- Publish, post, distribute or disseminate any defamatory, infringing, obscene, pornographic, sexual, indecent or unlawful material or information.
- Upload or otherwise transfer files that contain software or other material protected by intellectual property laws (or by rights of privacy or confidentiality) unless you own or control the rights thereto or have received all necessary consents.
- Upload or otherwise transfer files that contain viruses, corrupted files or any other similar software or programs that may damage or inhibit the operation of another computer.
- Delete any author attributions, legal notices, or proprietary designations or labels in any file that is uploaded.
- Falsify the origin or source of software or other material contained in a file that is uploaded.
- Advertise or offer to sell any goods or services or conduct or forward surveys, contests or chain letters.
- Download any file posted by another user of a Forum that you know, or reasonably should know, cannot be legally distributed in such manner.
- Use any communications or Content or other information obtained through the Site in a manner that is competitive with the Site or iStockphoto's business.

You acknowledge that Forums are public and not private communications. Further, you acknowledge that no communication of a third party or Content is endorsed by iStockphoto and no communication of a third party or Content may be considered reviewed, screened or approved by iStockphoto. As explained below, iStockphoto reserves the right for any reason to remove without notice any communication, Content or other material posted to the Site.

You also agree not to use the Site in any manner that could damage, disable, overburden, or impair the Site or interfere with any other party's use and enjoyment of the Site. You also agree not to attempt to gain unauthorized access to any other iStockphoto member accounts, computer systems or networks associated with the Site. You

also agree not to obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Site.

## Managing Content

iStockphoto does not and cannot review all communications or Content uploaded to the Site and is not responsible for the content of such communications or Content. Notwithstanding the foregoing, iStockphoto reserves the right to delete, move or edit any communication or Content that it may determine, in its sole discretion, violates or may violate this Membership Agreement or is otherwise unacceptable. You shall remain solely responsible for all communications made or Content uploaded under your Member Name. iStockphoto shall have the right but not the obligation to correct any errors or omissions in any Content, as it may determine in its sole discretion. You acknowledge that any screening of Content performed by iStockphoto to determine Accepted Content is done as a courtesy only.

iStockphoto LP respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide iStockphoto with notice of such infringement in the manner described under Notice and Procedure for Making Claims of Infringement in the Terms of Use.

## Confidential Information

You acknowledge that the Confidential Information (defined below) which you obtain through the entering into of this Membership Agreement and the use of the Site constitutes valuable, confidential, proprietary information of iStockphoto and its licensors, and you agree that during the term of this Membership Agreement and thereafter you shall not, without the express written consent of iStockphoto, use or disclose to any other person any such Confidential Information, except as specifically authorized under this Membership Agreement or as required by applicable law.

For the purposes of this Membership Agreement, "Confidential Information" means any and all data, information, documents, software or materials relating to the business and management of iStockphoto, its members, affiliates, licensors or licensees, that is designated as confidential or ought reasonably to be considered confidential, including but not limited to: their business model and operations, processes, products, designs, pricing, promotions, business plans, business opportunities, finances, research, development, know-how, trade-secrets, training materials, personnel, clients, methodologies, Site content belonging to others and other intellectual property.

## Indemnity

You agree to indemnify, defend and hold iStockphoto and its affiliates, and their respective directors, officers, employees, shareholders, partners and agents (collectively, the "iStockphoto Parties") harmless from and against any and all claims, liability, losses, costs and expenses (including lawyers' fees on a solicitor and client basis) incurred by any iStockphoto Party in connection with: (i) any use or alleged use of the Site under your Member Name by any person, whether or not authorized by you; (ii) or resulting from any communication made or Content uploaded under your Member Name; or (iii) any breach by you of this Membership Agreement. iStockphoto reserves

the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in such case, you agree to cooperate with iStockphoto's defense of such claim.

## Term and Termination

This Membership Agreement is effective until terminated. You may terminate this Membership Agreement at any time by emailing help@iStockphoto.com or by such other means of written notice acceptable to iStockphoto which enables confirmation of your identity and your intention to terminate. iStockphoto reserves the right, in its sole discretion, to restrict, suspend or terminate your right to access the membership portions of the Site at any time for any reason without prior notice or liability. iStockphoto may change, suspend or discontinue all or any aspect of the Site at any time, including the availability of any feature, database, or Content, without prior notice or liability.

iStockphoto may also terminate or suspend your access to the membership portions of the Site for inactivity, which is defined as failing to access the membership portions of the Site for an extended period of time, as reasonably determined by iStockphoto.

Termination of this Membership Agreement does not relieve you of your responsibilities to pay any amounts due to iStockphoto under this Membership Agreement or your obligations to not use the membership portions of the Site or any Content other than in the manner permitted under this Membership Agreement or any other agreement entered into at the time such Content was downloaded (such as a Content License Agreement). Termination of this Membership Agreement shall operate without prejudice to the iStockphoto's rights, defenses and limitations of liability provided under this Membership Agreement, which rights, defenses and limitations of liability shall survive termination of this Membership Agreement.

Upon termination of your access to the membership portions of the Site, you agree to forfeit all download credits remaining in your account.

## DISCLAIMER OF WARRANTIES

THE SITE, INCLUDING ANY CONTENT CONTAINED THEREIN, ARE PROVIDED "AS IS" WITHOUT REPRESENTATION, WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED REPRESENTATIONS, WARRANTIES OR CONDITIONS OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THE SITE OR THE CONTENT WILL MEET YOUR REQUIREMENTS OR THAT THEIR USE WILL BE UNINTERRUPTED OR ERROR FREE.

ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THE SITE OR ANY CONTENT AVAILABLE FOR DOWNLOADING THROUGH THE SITE WILL BE FREE OF VIRUSES OR SIMILAR CONTAMINATION OR DESTRUCTIVE FEATURES.

## LIMITATION OF LIABILITY

YOU ASSUME ALL RESPONSIBILITY AND RISK FOR USE OF THE SITE INCLUDING WITHOUT LIMITATION ANY OF THE CONTENT OR INFORMATION CONTAINED THEREIN.

IN NO EVENT SHALL ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, LICENSORS OR AGENTS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING DAMAGES FOR LOSS OF PROFITS, INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) IN CONNECTION WITH ANY CLAIM, LOSS, DAMAGE, ACTION, SUIT OR OTHER PROCEEDING ARISING UNDER OR OUT OF THIS MEMBERSHIP AGREEMENT, INCLUDING WITHOUT LIMITATION YOUR USE OF, RELIANCE UPON, ACCESS TO, OR EXPLOITATION OF THE SITE, THE CONTENT OR ANY PART THEREOF, OR ANY RIGHTS GRANTED TO YOU HEREUNDER, EVEN IF ISTOCKPHOTO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER THE ACTION IS BASED ON CONTRACT, TORT (INCLUDING NEGLIGENCE), INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR OTHERWISE.

IN ANY EVENT, ISTOCKPHOTO'S TOTAL MAXIMUM AGGREGATE LIABILITY UNDER THIS MEMBERSHIP AGREEMENT OR IN RESPECT OF THE USE OR EXPLOITATION OF ANY OR ALL PART OF THE SITE OR THE CONTENT IN ANY MANNER WHATSOEVER SHALL BE LIMITED TO FIVE ($5.00) CANADIAN DOLLARS.

SOME JURISDICTIONS DO NOT ALLOW FOR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN SUCH JURISDICTIONS, THE LIABILITY OF ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, OR AGENTS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## Age and Responsibility

You represent and warrant that you are of sufficient legal age to use the Site and to create binding legal obligations for any liability you may incur as a result of the use of the Site. You agree to be responsible for all of your use of the Site (as well as for use of your Member Name and password(s) by others, including without limitation, minors living with you). You agree to supervise all usage by minors of the Site under your name or account.

## Applicable law

The Site is controlled, operated and administered by iStockphoto from within the Province of Alberta, Canada. The Site can be accessed from all provinces and territories of Canada, as well as from other countries around the world. As each of these jurisdictions has laws that may differ from those of the Province of Alberta, by accessing the Site, you acknowledge and agree that this Membership Agreement will be governed under the laws of the Province of Alberta and the federal laws of Canada applicable therein (without reference to conflicts of laws principles). You hereby irrevocably submit to the exclusive jurisdiction of the Courts of the Province of Alberta, Canada with respect to the subject matter of this Membership Agreement. This Membership Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

You consent to service of any required notice or process upon you by email, registered mail or overnight courier with proof of delivery notice, addressed to the address or contact information provided by you at the time you are first granted access to the membership portions of the Site, or such other address as you may advise us in writing to use, from time to time.

Any and all disputes arising out of, under or in connection with this Membership Agreement, including without limitation, its validity, interpretation, performance and breach, shall be submitted to arbitration in Calgary, Alberta, pursuant to the rules of the Arbitration Act (Alberta) in effect at the time arbitration is demanded.

If iStockphoto is obligated to go to court, rather than arbitration, to enforce any of its rights, or to collect any fees, you agree to reimburse iStockphoto for its legal fees, costs and disbursements if iStockphoto is successful.

## General

You specifically agree and acknowledge that you have, in addition to the terms of this Membership Agreement, reviewed the terms of the Terms of Use and any other agreements which may be incorporated by reference therein, and to the extent of their incorporation herein you agree to be bound by them.

iStockphoto's failure to insist upon or enforce strict performance of any provision of this Membership Agreement shall not be construed as a waiver of any provision or right.

If any provision or part thereof of this Membership Agreement is wholly or partially unenforceable the parties or, in the event the parties are unable to agree, a court of competent jurisdiction, shall put in place thereof an enforceable provision or provisions, or part thereof, that as nearly as possible reflects the terms of the unenforceable provision or part thereof. This Agreement is personal to you and is not assignable by you without iStockphoto's prior written consent. iStockphoto may assign this Agreement without your consent to any other party so long as such party agrees to be bound by its terms.

The parties have requested that this Membership Agreement and all documents relating thereto be drawn up in English. Les parties ont demand que cette convention ainsi que tous les documents qui s'y rattachent soient en anglais.

## Contact

If you have concerns relating to the Site or this Membership Agreement, please contact iStockphoto at help@iStockphoto.com or via phone at (403) 265-3062.

## Acknowledgement

YOU ACKNOWLEDGE THAT YOU HAVE READ THIS MEMBERSHIP AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. YOU FURTHER AGREE THAT IT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND iSTOCKPHOTO, WHICH SUPERSEDES ANY PROPOSAL OR PRIOR AGREEMENT, ORAL OR WRITTEN, AND ANY OTHER COMMUNICATION BETWEEN YOU AND iSTOCKPHOTO RELATING TO THE SUBJECT OF THIS MEMBERSHIP AGREEMENT.

# EXHIBIT C

# MEMBERSHIP AGREEMENT

This Membership Agreement governs your membership in the iStockphoto.com community, allowing you full access to the membership portions of the web site located at http://www.istockphoto.com (the "Site"). This Membership Agreement is in addition to the Terms of Use applicable to the Site. The Site is operated by iStockphoto LP ("iStockphoto").

Access and use of the membership portions of the Site are provided by iStockphoto to you on condition that you accept the terms and conditions of this Membership Agreement and the Terms of Use, and by accessing or using the membership portions of the Site, you agree to the terms and conditions of this Membership Agreement and the Terms of Use. If you do not agree to accept and abide by this Membership Agreement and the Terms of Use, you should not access or use the membership portions of the Site. In the event of any inconsistency between this Membership Agreement and the Terms of Use, the terms of this Membership Agreement shall govern.

iStockphoto reserves the right, in its discretion, to change or modify all or any part of this Membership Agreement at any time, effective immediately upon notice published on the Site. Your continued use of the membership portions of the Site after such notice constitutes your binding acceptance of the terms and conditions in this Membership Agreement, including any changes or modifications made by iStockphoto as permitted above. If at any time the terms and conditions of this Membership Agreement are no longer acceptable to you, you should immediately cease use of the membership portions of the Site.

## Download Credits

Download credits can be purchased from the Credit Purchase Page within the membership portion of the Site. Credits can be purchased online with VISA, MasterCard, AMEX, PayPal, or with cheque or money order by mail.

The price of credits purchased through the Site will be the price specified in the Site at the time of your purchase. Upon presentation of credit card information the purchaser warrants that he/she is the cardholder and that the billing information provided is accurate. By approving the purchase of the product or service, you authorize iStockphoto to charge the designated credit card, or PayPal account, for the total amount of the purchase.

## Use of Content

You acknowledge that the Site contains or may contain information, software, photographs, illustrations, audio files, video files, animations, flash files, data files, code snippets and other material (collectively, "Content") which is protected by copyright, trademark or other proprietary rights of iStockphoto and its affiliates or other third parties (including other members).

You may not modify, publish, transmit, transfer or sell, reproduce, create derivative works from, distribute, perform, display, reverse engineer or in any way exploit any of the Content, in whole or in part, except as otherwise expressly permitted in this Membership Agreement and any other agreement entered into at the time such Content was downloaded (such as a Content License Agreement).

Content is provided to the Site through members entering into an Artist's Supply Agreement, either on an exclusive or non-exclusive basis (each, a "Supply Agreement"). Subject to the provisions of the applicable Supply Agreement, you may post on the Site any Content owned wholly by you. You may download Content only in accordance with the terms of this Membership Agreement and the then applicable Content License Agreement.

## Registration Data and Account Security

In consideration of your use of the Site, you agree to: (a) provide accurate, current and complete information about you as may be prompted by any registration forms on the Site ("Registration Data"); (b) maintain and promptly update the Registration Data, and any other information you provide to iStockphoto, to keep it accurate, current and complete; (c) maintain the security of your password and identification; (d) notify iStockphoto immediately of any unauthorized use of your account or other breach of security; (e) accept all responsibility for any and all activities that occur under your account; and (f) accept all risks of unauthorized access to the Registration Data and any other information you provide to iStockphoto.

## Rules of Conduct

You agree that you will not use the Site for any purpose that is unlawful or not permitted by this Agreement. By way of example, and not as a limitation, you agree that when uploading to or communicating via the Site, including in respect of any forums, chat-rooms or other exchanges (a "Forum") accessed on or through the Site, you shall not do any of the following:

- Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy) of others.
- Publish, post, distribute or disseminate any defamatory, infringing, obscene, pornographic, sexual, indecent or unlawful material or information.
- Upload or otherwise transfer files that contain software or other material protected by intellectual property laws (or by rights of privacy or confidentiality) unless you own or control the rights thereto or have received all necessary consents.
- Upload or otherwise transfer files that contain viruses, corrupted files or any other similar software or programs that may damage or inhibit the operation of another computer.
- Delete any author attributions, legal notices, or proprietary designations or labels in any file that is uploaded.
- Falsify the origin or source of software or other material contained in a file that is uploaded.
- Advertise or offer to sell any goods or services or conduct or forward surveys, contests or chain letters.

- Download any file posted by another user of a Forum that you know, or reasonably should know, cannot be legally distributed in such manner.
- Use any communications or Content or other information obtained through the Site in a manner that is competitive with the Site or iStockphoto's business.

You acknowledge that Forums are public and not private communications. Further, you acknowledge that no communication of a third party or Content is endorsed by iStockphoto and no communication of a third party or Content may be considered reviewed, screened or approved by iStockphoto. As explained below, iStockphoto reserves the right for any reason to remove without notice any communication, Content or other material posted to the Site.

You also agree not to use the Site in any manner that could damage, disable, overburden, or impair the Site or interfere with any other party's use and enjoyment of the Site. You also agree not to attempt to gain unauthorized access to any other iStockphoto member accounts, computer systems or networks associated with the Site. You also agree not to obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Site.

# Managing Content

iStockphoto does not and cannot review all communications or Content uploaded to the Site and is not responsible for the content of such communications or Content. Notwithstanding the foregoing, iStockphoto reserves the right to delete, move or edit any communication or Content that it may determine, in its sole discretion, violates or may violate this Membership Agreement or is otherwise unacceptable. You shall remain solely responsible for all communications made or Content uploaded under your Member Name. iStockphoto shall have the right but not the obligation to correct any errors or omissions in any Content, as it may determine in its sole discretion. You acknowledge that any screening of Content performed by iStockphoto to determine Accepted Content is done as a courtesy only.

iStockphoto LP respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide iStockphoto with notice of such infringement in the manner described under Notice and Procedure for Making Claims of Infringement in the Terms of Use.

# Confidential Information

You acknowledge that the Confidential Information (defined below) which you obtain through the entering into of this Membership Agreement and the use of the Site constitutes valuable, confidential, proprietary information of iStockphoto and its licensors, and you agree that during the term of this Membership Agreement and thereafter you shall not, without the express written consent of iStockphoto, use or disclose to any other person any such Confidential Information, except as specifically authorized under this Membership Agreement or as required by applicable law.

For the purposes of this Membership Agreement, "Confidential Information" means any and all data, information, documents, software or materials relating to the business and management of iStockphoto, its members, affiliates, licensors or licensees, that is designated as confidential or ought reasonably to be considered confidential, including but not limited to: their business model and operations, processes, products, designs, pricing, promotions, business plans, business opportunities, finances, research, development, know-how, trade-secrets, training materials, personnel, clients, methodologies, Site content belonging to others and other intellectual property.

# Indemnity

You agree to indemnify, defend and hold iStockphoto and its affiliates, and their respective directors, officers, employees, shareholders, partners and agents (collectively, the "iStockphoto Parties") harmless from and against any and all claims, liability, losses, costs and expenses (including lawyers' fees on a solicitor and client basis) incurred by any iStockphoto Party in connection with: (i) any use or alleged use of the Site under your Member Name by any person, whether or not authorized by you; (ii) or resulting from any communication made or Content uploaded under your Member Name; or (iii) any breach by you of this Membership Agreement. iStockphoto reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in such case, you agree to cooperate with iStockphoto's defense of such claim.

# Term and Termination

This Membership Agreement is effective until terminated. You may terminate this Membership Agreement at any time by emailing help@iStockphoto.com or by such other means of written notice acceptable to iStockphoto which enables confirmation of your identity and your intention to terminate. iStockphoto reserves the right, in its sole discretion, to restrict, suspend or terminate your right to access the membership portions of the Site at any time for any reason without prior notice or liability. iStockphoto may change, suspend or discontinue all or any aspect of the Site at any time, including the availability of any feature, database, or Content, without prior notice or liability.

iStockphoto may also terminate or suspend your access to the membership portions of the Site for inactivity, which is defined as failing to access the membership portions of the Site for an extended period of time, as reasonably determined by iStockphoto.

Termination of this Membership Agreement does not relieve you of your responsibilities to pay any amounts due to iStockphoto under this Membership Agreement or your obligations to not use the membership portions of the Site or any Content other than in the manner permitted under this Membership Agreement or any other agreement entered into at the time such Content was downloaded (such as a Content License Agreement). Termination of this Membership Agreement shall operate without prejudice to the iStockphoto's rights, defenses and limitations of liability provided under this Membership Agreement, which rights, defenses and limitations of liability shall survive termination of this Membership Agreement.

Upon termination of your access to the membership portions of the Site, you agree to forfeit all download credits remaining in your account.

# DISCLAIMER OF WARRANTIES

THE SITE, INCLUDING ANY CONTENT CONTAINED THEREIN, ARE PROVIDED "AS IS" WITHOUT REPRESENTATION, WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED REPRESENTATIONS, WARRANTIES OR CONDITIONS OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THE SITE OR THE CONTENT WILL MEET YOUR REQUIREMENTS OR THAT THEIR USE WILL BE UNINTERRUPTED OR ERROR FREE.

ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THE SITE OR ANY CONTENT AVAILABLE FOR DOWNLOADING THROUGH THE SITE WILL BE FREE OF VIRUSES OR SIMILAR CONTAMINATION OR DESTRUCTIVE FEATURES.

# LIMITATION OF LIABILITY

YOU ASSUME ALL RESPONSIBILITY AND RISK FOR USE OF THE SITE INCLUDING WITHOUT LIMITATION ANY OF THE CONTENT OR INFORMATION CONTAINED THEREIN.

IN NO EVENT SHALL ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, LICENSORS OR AGENTS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING DAMAGES FOR LOSS OF PROFITS, INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) IN CONNECTION WITH ANY CLAIM, LOSS, DAMAGE, ACTION, SUIT OR OTHER PROCEEDING ARISING UNDER OR OUT OF THIS MEMBERSHIP AGREEMENT, INCLUDING WITHOUT LIMITATION YOUR USE OF, RELIANCE UPON, ACCESS TO, OR EXPLOITATION OF THE SITE, THE CONTENT OR ANY PART THEREOF, OR ANY RIGHTS GRANTED TO YOU HEREUNDER, EVEN IF ISTOCKPHOTO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER THE ACTION IS BASED ON CONTRACT, TORT (INCLUDING NEGLIGENCE), INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR OTHERWISE.

IN ANY EVENT, ISTOCKPHOTO'S TOTAL MAXIMUM AGGREGATE LIABILITY UNDER THIS MEMBERSHIP AGREEMENT OR IN RESPECT OF THE USE OR EXPLOITATION OF ANY OR ALL PART OF THE SITE OR THE CONTENT IN ANY MANNER WHATSOEVER SHALL BE LIMITED TO FIVE ($5.00) CANADIAN DOLLARS.

SOME JURISDICTIONS DO NOT ALLOW FOR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE

LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN SUCH JURISDICTIONS, THE LIABILITY OF ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, OR AGENTS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## Age and Responsibility

You represent and warrant that you are of sufficient legal age to use the Site and to create binding legal obligations for any liability you may incur as a result of the use of the Site. You agree to be responsible for all of your use of the Site (as well as for use of your Member Name and password(s) by others, including without limitation, minors living with you). You agree to supervise all usage by minors of the Site under your name or account.

## Applicable law

The Site is controlled, operated and administered by iStockphoto from within the Province of Alberta, Canada. The Site can be accessed from all provinces and territories of Canada, as well as from other countries around the world. As each of these jurisdictions has laws that may differ from those of the Province of Alberta, by accessing the Site, you acknowledge and agree that this Membership Agreement will be governed under the laws of the Province of Alberta and the federal laws of Canada applicable therein (without reference to conflicts of laws principles). You hereby irrevocably submit to the exclusive jurisdiction of the Courts of the Province of Alberta, Canada with respect to the subject matter of this Membership Agreement. This Membership Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

You consent to service of any required notice or process upon you by email, registered mail or overnight courier with proof of delivery notice, addressed to the address or contact information provided by you at the time you are first granted access to the membership portions of the Site, or such other address as you may advise us in writing to use, from time to time.

Any and all disputes arising out of, under or in connection with this Membership Agreement, including without limitation, its validity, interpretation, performance and breach, shall be submitted to arbitration in Calgary, Alberta, pursuant to the rules of the Arbitration Act (Alberta) in effect at the time arbitration is demanded.

If iStockphoto is obligated to go to court, rather than arbitration, to enforce any of its rights, or to collect any fees, you agree to reimburse iStockphoto for its legal fees, costs and disbursements if iStockphoto is successful.

## General

You specifically agree and acknowledge that you have, in addition to the terms of this Membership Agreement, reviewed the terms of the Terms of Use and any other agreements

which may be incorporated by reference therein, and to the extent of their incorporation herein you agree to be bound by them.

iStockphoto's failure to insist upon or enforce strict performance of any provision of this Membership Agreement shall not be construed as a waiver of any provision or right.

If any provision or part thereof of this Membership Agreement is wholly or partially unenforceable the parties or, in the event the parties are unable to agree, a court of competent jurisdiction, shall put in place thereof an enforceable provision or provisions, or part thereof, that as nearly as possible reflects the terms of the unenforceable provision or part thereof. This Agreement is personal to you and is not assignable by you without iStockphoto's prior written consent. iStockphoto may assign this Agreement without your consent to any other party so long as such party agrees to be bound by its terms.

The parties have requested that this Membership Agreement and all documents relating thereto be drawn up in English. Les parties ont demand que cette convention ainsi que tous les documents qui s'y rattachent soient en anglais.

# Contact

If you have concerns relating to the Site or this Membership Agreement, please contact iStockphoto at help@iStockphoto.com or via phone at (403) 265-3062.

# Acknowledgement

YOU ACKNOWLEDGE THAT YOU HAVE READ THIS MEMBERSHIP AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. YOU FURTHER AGREE THAT IT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND iSTOCKPHOTO, WHICH SUPERSEDES ANY PROPOSAL OR PRIOR AGREEMENT, ORAL OR WRITTEN, AND ANY OTHER COMMUNICATION BETWEEN YOU AND iSTOCKPHOTO RELATING TO THE SUBJECT OF THIS MEMBERSHIP AGREEMENT.

# EXHIBIT D

royalty free stock photography community | iStockphoto.com

INTERNET ARCHIVE
WayBackMachine

276 captures
17 Jan 05 - 27 Jun 15

OCT    DEC    SEP
◀    18    ▶
2007   2008   2011

Close ✖
Help ❔



English

Not a member?

Member Name                    Password

[Search]

Photos        Illustrations        Flash        Video

Sort   Best Match          🔍 Advanced Search
                              Need help?

→English
**Français**
**Español**
**Deutsch**
**日本語**
**Português**
**Português do Brasil**
**Italiano**
**Język polski**
**Русский язык**

**TERMS OF USE**

THIS AGREEMENT GOVERNS YOUR USE OF THE ISTOCKPHOTO WEBSITE. TO LEARN ABOUT USAGE RIGHTS FOR OUR ROYALTY-FREE CONTENT, PLEASE READ OUR CONTENT LICENSE AGREEMENT.

This Web site is owned and operated by iStockphoto LP ("iStockphoto"). Access and use of this Web site is provided by iStockphoto to you on condition that you accept these Terms of Use, and by accessing or using this Web site, you agree to these Terms of Use. If you do not agree to accept and abide by these Terms of Use you should not access or use this Web site.

iStockphoto may revise and update these Terms of Use at anytime and without notice. You are cautioned to review the Terms of Use posted on the Web site periodically. Your continued access or use of this Web site after any such changes are posted will constitute your acceptance of these changes.

You may not interfere with the security of, or otherwise abuse this Web site or any system resources, services or networks connected to or accessible through this Web site. You may only use this Web site for lawful purposes.

**Intellectual Property**

All materials (including the organization and

# Legal

Terms of Use

Membership Agreement

Artist's Supply Agreement (Non-Exclusive)

Artist's Supply Agreement (Exclusive)

Sound Artist's Supply Agreement (Non-Exclusive)

Sound Artist's Supply Agreement (Exclusive)

Content License Agreement

Audio Content License Agreement

Privacy Policy

royalty free stock photography community | iStockphoto.com

presentation of such material) on this Web site (the "Materials") are the property of iStockphoto and its licensors and may be protected by intellectual property laws including laws relating to copyrights, trade-marks, trade-names, internet domain names, and other similar rights.

Unless you have entered into a separate agreement with iStockphoto, such as a Royalty Free License Agreement, any other use of these Materials without iStockphoto's written permission is prohibited.

The Materials may only be used and copied for your own, non-commercial, personal or educational purposes, provided that the Materials are not modified and that copyright and other intellectual property notices are not deleted. You may not create derivative works from or otherwise exploit the Materials in any way.

© 2005 iStockphoto LP. All rights reserved.

## Privacy

iStockphoto is committed to respecting the privacy of the personal information of the individuals with whom we interact. We have developed a Website Privacy Commitment to describe our privacy policies and practices and how we collect, use and disclose the personal information of those individuals who visit our website. Please see our Website Privacy Commitment for further details.

## Currency of Web site

iStockphoto updates the information on this Web site regularly. However, iStockphoto cannot guarantee or accept any responsibility or liability for the accuracy, currency or completeness of the information on this Web site. iStockphoto may revise, supplement or delete information, services and/or the resources contained in the Web site and reserves the right to make such changes without prior notification to past, current or prospective visitors.

## Linked Web sites

This Web site may provide links to third party Web sites for your convenience only. The inclusion of these links does not imply that iStockphoto monitors or endorses these Web sites. iStockphoto does not accept any responsibility for such Web sites. iStockphoto shall not be responsible or liable, directly or indirectly, for any damage or loss, caused or alleged to be caused by or in connection with the use of or the reliance upon any information, content, goods or services available on or through any third party Web sites or linked resources.

## Internet software or computer viruses

Due to technical difficulties with the Internet, Internet software or transmission problems could produce inaccurate or incomplete copies of information contained on this Web site. Computer viruses or other destructive programs may also be inadvertently downloaded from this Web site.

iStockphoto shall not be responsible or liable for any software, computer viruses or other destructive, harmful or disruptive files or programs that may infect or otherwise impact your use of your computer equipment or other property on account of your access to, use of, or browsing on this Web site or your downloading of any of the Materials from this Web site. iStockphoto recommends that you install appropriate anti-virus or other protective software.

## Web Site and Materials Provided "As Is"

Referral Program Agreement

Extended License Provisions

Corporate Accounts

Model Release

Property Release

Talent Release

royalty free stock photography community | iStockphoto.com

Vector_IllustrationsVideoAudio

CreditsSubscriptionsHow_to_buy_stockStore

How_to_sell_stock

LightboxesForumsDesigner_SpotlightMost Popular_FilesBrowse_RecentBrowse CategoriesArticlesDollar_Bin

SupportFAQs

THIS WEB SITE AND THE MATERIALS ARE PROVIDED "AS IS" WITHOUT REPRESENTATION, WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED REPRESENTATIONS, WARRANTIES OR CONDITIONS OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THIS WEB SITE OR THE MATERIALS WILL MEET YOUR REQUIREMENTS OR THAT THEIR USE WILL BE UNINTERRUPTED OR ERROR FREE.

## Limitation of Liability

YOU ASSUME ALL RESPONSIBILITY AND RISK FOR USE OF THIS WEB SITE AND THE MATERIALS INCLUDING WITHOUT LIMITATION ANY OF THE INFORMATION CONTAINED THEREIN.

IN NO EVENT SHALL ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, OR AGENTS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING DAMAGES FOR LOSS OF PROFITS, INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) IN CONNECTION WITH ANY CLAIM, LOSS, DAMAGE, ACTION, SUIT OR OTHER PROCEEDING ARISING UNDER OR OUT OF THESE TERMS OF USE, INCLUDING WITHOUT LIMITATION YOUR USE OF, RELIANCE UPON, ACCESS TO, OR EXPLOITATION OF THIS WEB SITE, THE MATERIALS OR ANY PART THEREOF, OR ANY RIGHTS GRANTED TO YOU HEREUNDER, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER THE ACTION IS BASED ON CONTRACT, TORT (INCLUDING NEGLIGENCE), INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR OTHERWISE.

IN ANY EVENT, THE TOTAL MAXIMUM AGGREGATE LIABILITY UNDER THESE TERMS OF USE OR THE USE OR EXPLOITATION OF ANY OR ALL PART OF THIS WEB SITE OR THE MATERIALS IN ANY MANNER WHATSOEVER SHALL BE LIMITED TO FIVE ($5.00) CANADIAN DOLLARS.

SOME JURISDICTIONS DO NOT ALLOW FOR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## Indemnification

You agree to indemnify and hold iStockphoto harmless against all claims or liability asserted against iStockphoto arising out of or in connection with any breach by you or anyone acting on your behalf of any of these Terms of Use.

## Notice and Procedure for Making Claims of Infringement

iStockphoto LP respects the copyright of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide iStockphoto with a written communication addressed to our President including substantially the following information:

1. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
2. description of the copyrighted work or other intellectual property that you claim has been infringed;
3. a description of where the material that you claim is infringing is located on the Web site;
4. your address, telephone number, and email address;

royalty free stock photography community | iStockphoto.com

5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

6. a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Please address your letter to our President, as follows:

iStockphoto LP
1202 - 20 Avenue S.E.
Calgary, Alberta
Canada T2G 1M8

Attention: President

### Email

Feel free to email iStockphoto at help@iStockphoto.com. However, the Internet is not a fully secure medium and any communication may be lost, intercepted or altered. iStockphoto is not liable for any damages related to communications to or from this Web site. You agree with respect to any information provided by you to us through this Web site or via e-mail that:

• iStockphoto has no obligation concerning such information;

• the information is non-confidential;

• iStockphoto may use, disclose, distribute or copy the information and may use any ideas, concepts or know-how contained in the information for any purpose without compensation; and

• the information is truthful and disclosure of the information does not violate the legal rights of others.

### Applicable law

This Web site is controlled, operated and administered by iStockphoto from within the Province of Alberta, Canada. This Web site can be accessed from all provinces and territories of Canada, as well as from other countries around the world. As each of these jurisdictions has laws that may differ from those of the Province of Alberta, by accessing this Web site, you acknowledge and agree that all matters relating to access to, or use of this Web site shall be governed by the laws of the Province of Alberta and the federal laws of Canada applicable therein (without reference to conflicts of laws principles).

You also agree that any claims or disputes whatsoever arising hereunder shall be submitted to the exclusive jurisdiction and venue of the courts of the Province of Alberta and acknowledge that you do so voluntarily.

### General

iStockphoto's failure to insist upon or enforce strict performance of any provision of these Terms of Use shall not be construed as a waiver of any provision or right.

If any provision or part thereof of these Terms of Use is wholly or partially unenforceable the parties or, in the event the parties are unable to agree, a court of competent jurisdiction, shall put in place thereof an enforceable provision or provisions, or part thereof, that as nearly as possible reflects the terms of the unenforceable provision or part thereof.

The parties have requested that these Terms of Use and all documents

relating thereto be drawn up in English.

**<u>Contact</u>**

If you have concerns relating to this web site or these Terms of Use, please contact iStockphoto at <u>help@iStockphoto.com</u> or via phone at (403) 265-3062.

<u>Printer Friendly Version >></u>

Copyright 2008 iStockphoto LP

<u>Introduction</u> | <u>Press</u> | <u>Partners</u> | <u>Civics</u> | <u>Careers</u> | <u>FAQs</u> | <u>Support</u> | <u>Privacy</u> | <u>Legal</u> | <u>Sitemap</u>

# EXHIBIT E

Stock Photography: Search Royalty Free Images & Photos | iStockphoto.com

INTERNET ARCHIVE
WaybackMachine

286 captures
17 Jan 05 - 5 Sep 15

SEP 25 2011

SEP 2009   NOV 2012

Close

Help

Search for photos, illustrations, video and audio

All Files

Live Chat          International

Log In      Sign Up

Photos   Illustrations   Video   Audio   Flash      Participate      Help

## Help

FAQ

Search Tips

Site Map

Contact Us

### Learn More

Buy Credits

Licenses

Corporate Accounts

Sell Stock

Iconography

**Legal/Privacy**

About Us

## TERMS OF USE

THIS AGREEMENT GOVERNS YOUR USE OF THE ISTOCKPHOTO WEBSITE. TO LEARN ABOUT USAGE RIGHTS FOR OUR ROYALTY-FREE CONTENT, PLEASE READ OUR CONTENT LICENSE AGREEMENT.

This Web site is owned and operated by iStockphoto LP ("iStockphoto"). Access and use of this Web site is provided by iStockphoto to you on condition that you accept these Terms of Use, and by accessing or using this Web site, you agree to these Terms of Use. If you do not agree to accept and abide by these Terms of Use you should not access or use this Web site.

iStockphoto may revise and update these Terms of Use at anytime and without notice. You are cautioned to review the Terms of Use posted on the Web site periodically. Your continued access or use of this Web site after any such changes are posted will constitute your acceptance of these changes.

### Use of the Site

This Web site and its contents (the "Content") are intended for customers of iStockphoto. You may not use this Web site or the Content for any purpose not related to your business with iStockphoto. You are specifically prohibited from: (a) downloading, copying, or re-transmitting any or all of the Web site or the Content without, or in violation of, a written license or agreement with iStockphoto; (b) using any data mining, robots or similar data gathering or extraction methods; (c) manipulating or otherwise displaying the Web site or the Content by using framing or similar navigational technology; (d) registering, subscribing, unsubscribing, or attempting to register, subscribe, or unsubscribe any party for any iStockphoto product or service if you are not expressly authorized by such party to do so; and (e) using the Web site or the Content other than for its intended purpose.

You may not interfere with the security of, or otherwise abuse this Web site or any system resources, services or networks connected to or accessible through this Web site. You may only use this Web site for lawful purposes.

### Intellectual Property

All materials (including the organization and presentation of such material) on this Web site (the "Materials") are the property of iStockphoto and its licensors and may be protected by intellectual property laws including laws relating to copyrights, trade-marks, trade-names, internet domain names, and other similar rights.

Unless you have entered into a separate agreement with iStockphoto, such as a Royalty Free License Agreement, any other use of these Materials without iStockphoto's written permission is prohibited.

The Materials may only be used and copied for your own, non-commercial, personal or educational purposes, provided that the Materials are not modified and that copyright and other intellectual property notices are not deleted. You may not create derivative works from or otherwise exploit the Materials in any way.

Log In    Not a member? Sign Up                                             Buy iStock Credits

### Privacy

iStockphoto is committed to respecting the privacy of the personal information of the individuals with whom we interact. We have developed a Website Privacy Commitment to describe our privacy policies and practices and how we collect, use and disclose the personal information of those individuals who visit our website. Please see our Website Privacy Commitment for further details.

### Currency of Web site

iStockphoto updates the information on this Web site regularly. However, iStockphoto cannot guarantee or accept any responsibility or liability for the accuracy, currency or completeness of the information on this Web site. iStockphoto may revise, supplement or delete information, services and/or the resources contained in the Web site and reserves the right to make such changes without prior notification to past, current or prospective visitors.

### Linked Web sites

### General

- Privacy Policy
- **Terms of Use**
- Membership Agreement
- Content License Agreement
- Content License Agreement (redlined January 28, 2011)
- Standard Audio Content License Agreement
- Pump Audio Content License Agreement
- Extended License Provisions
- Logo Purchase Agreement
- Intellectual Property Transfer Agreement (Logo)
- Referral Program Agreement
- Corporate Accounts

### Supply Agreements

- Artist's Supply Agreement (Non-Exclusive)
- Non-Exclusive Artist's Supply Agreement (redlined August 29, 2011)
- Artist's Supply Agreement (Exclusive)
- Exclusive Artist's Supply Agreement (redlined August 29, 2011)
- Sound Artist's Supply Agreement (Non-Exclusive)
- Sound Artist's Supply Agreement (redlined August 29, 2011)
- Sound Artist's Supply Agreement (Exclusive)
- Exclusive Sound Artist's Supply Agreement (redlined August 29, 2011)
- Logo Designer's Supply Agreement

### Releases

- Model Release
- Property Release
- Talent Release

This Web site may provide links to third party sites for your convenience only. The inclusion of these links does not imply that iStockphoto monitors or endorses these Web sites. iStockphoto does not accept any responsibility for such Web sites. iStockphoto shall not be responsible or liable, directly or indirectly, for any damage or loss, caused or alleged to be caused by or in connection with the use of or the reliance upon any information, content, goods or services available on or through any third party Web sites or linked resources.

## Internet software or computer viruses

Due to technical difficulties with the Internet, Internet software or transmission problems could produce inaccurate or incomplete copies of information contained on this Web site. Computer viruses or other destructive programs may also be inadvertently downloaded from this Web site.

iStockphoto shall not be responsible or liable for any software, computer viruses or other destructive, harmful or disruptive files or programs that may infect or otherwise impact your use of your computer equipment or other property on account of your access to, use of, or browsing on this Web site or your downloading of any of the Materials from this Web site. iStockphoto recommends that you install appropriate anti-virus or other protective software.

## Web Site and Materials Provided "As Is"

THIS WEB SITE AND THE MATERIALS ARE PROVIDED "AS IS" WITHOUT REPRESENTATION, WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED REPRESENTATIONS, WARRANTIES OR CONDITIONS OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. ISTOCKPHOTO DOES NOT REPRESENT OR WARRANT THAT THIS WEB SITE OR THE MATERIALS WILL MEET YOUR REQUIREMENTS OR THAT THEIR USE WILL BE UNINTERRUPTED OR ERROR FREE.

## Limitation of Liability

YOU ASSUME ALL RESPONSIBILITY AND RISK FOR USE OF THIS WEB SITE AND THE MATERIALS INCLUDING WITHOUT LIMITATION ANY OF THE INFORMATION CONTAINED THEREIN.

IN NO EVENT SHALL ISTOCKPHOTO OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, PARTNERS, OR AGENTS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING DAMAGES FOR LOSS OF PROFITS, INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) IN CONNECTION WITH ANY CLAIM, LOSS, DAMAGE, ACTION, SUIT OR OTHER PROCEEDING ARISING UNDER OR OUT OF THESE TERMS OF USE, INCLUDING WITHOUT LIMITATION YOUR USE OF, RELIANCE UPON, ACCESS TO, OR EXPLOITATION OF THIS WEB SITE, THE MATERIALS OR ANY PART THEREOF, OR ANY RIGHTS GRANTED TO YOU HEREUNDER, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER THE ACTION IS BASED ON CONTRACT, TORT (INCLUDING NEGLIGENCE), INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR OTHERWISE.

IN ANY EVENT, THE TOTAL MAXIMUM AGGREGATE LIABILITY UNDER THESE TERMS OF USE OR THE USE OR EXPLOITATION OF ANY OR ALL PART OF THIS WEB SITE OR THE MATERIALS IN ANY MANNER WHATSOEVER SHALL BE LIMITED TO FIVE ($5.00) CANADIAN DOLLARS.

SOME JURISDICTIONS DO NOT ALLOW FOR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## Indemnification

You agree to indemnify and hold iStockphoto harmless against all claims or liability asserted against iStockphoto arising out of or in connection with any breach by you or anyone acting on your behalf of any of these Terms of Use.

## Notice and Procedure for Making Claims of Infringement

iStockphoto LP respects the copyright of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide iStockphoto with a written communication addressed to our President including substantially the following information:

1. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
2. description of the copyrighted work or other intellectual property that you claim has been infringed;
3. a description of where the material that you claim is infringing is located on the Web site;
4. your address, telephone number, and email address;
5. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
6. a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or

- Model Release (all languages)
- Property Release (all languages)
- Talent Release (all languages)

authorized to act on the copyright or intellectual property owner's behalf.

Please address your letter to our CEO, as follows:

iStockphoto LP
Suite 200, 1240 - 20th Avenue S.E.
Calgary, Alberta
Canada T2G 1M8

Attention: CEO

## Email

Feel free to email iStockphoto at help@iStockphoto.com. However, the Internet is not a fully secure medium and any communication may be lost, intercepted or altered. iStockphoto is not liable for any damages related to communications to or from this Web site. You agree with respect to any information provided by you to us through this Web site or via e-mail that:

- iStockphoto has no obligation concerning such information;
- the information is non-confidential;
- iStockphoto may use, disclose, distribute or copy the information and may use any ideas, concepts or know-how contained in the information for any purpose without compensation; and
- the information is truthful and disclosure of the information does not violate the legal rights of others.

## Applicable law

This Web site is controlled, operated and administered by iStockphoto from within the Province of Alberta, Canada. This Web site can be accessed from all provinces and territories of Canada, as well as from other countries around the world. As each of these jurisdictions has laws that may differ from those of the Province of Alberta, by accessing this Web site, you acknowledge and agree that all matters relating to access to, or use of this Web site shall be governed by the laws of the Province of Alberta and the federal laws of Canada applicable therein (without reference to conflicts of laws principles).

You also agree that any claims or disputes whatsoever arising hereunder shall be submitted to the exclusive jurisdiction and venue of the courts of the Province of Alberta and acknowledge that you do so voluntarily.

## General

iStockphoto's failure to insist upon or enforce strict performance of any provision of these Terms of Use shall not be construed as a waiver of any provision or right.

If any provision or part thereof of these Terms of Use is wholly or partially unenforceable the parties or, in the event the parties are unable to agree, a court of competent jurisdiction, shall put in place thereof an enforceable provision or provisions, or part thereof, that as nearly as possible reflects the terms of the unenforceable provision or part thereof.

The parties have requested that these Terms of Use and all documents relating thereto be drawn up in English.

## Contact

If you have concerns relating to this web site or these Terms of Use, please contact iStockphoto at help@iStockphoto.com or via phone at (403) 265-3062.

Printer Friendly Version

### Shop iStock

Homepage
Photos
Illustrations
Video
Audio
Flash

### Participate

Articles
Forums
Design Spotlight
Steel Cage
Contributor Lounge
Merchandise

### Learn More

Buy Credits
Licenses
Corporate Accounts
Sell Stock
Legal/Privacy

### Company Info

About Us
Press
Partners
Careers
Affiliates

### Need Help?

Live Chat
FAQ
Search Tips
Site Map
Contact Us

Copyright ©2011 iStockphoto LP. iStockphoto®, iStock®, iStock®, iStockaudio®, iStockvideo®, iStockalypse™, Vetta® and CopySpace® are trademarks of iStockphoto LP. All other marks are the property of their respective owners.

Follow Us: